CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Silvio Bertilio Cruz-Velasquez<br>YOB: 1992; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>19-04411MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 25, 2019, at or near Three Points, in the District of Arizona, **Silvio Bertilio Cruz-Velasquez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on June 13, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Silvio Bertilio Cruz-Velasquez** is a citizen of Honduras.  On June 13, 2018, **Silvio Bertilio Cruz-Velasquez** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona.  On May 25, 2019, agents found **Silvio Bertilio Cruz-Velasquez** in the United States at or near Three Points, Arizona, without the proper immigration documents.  **Silvio Bertilio Cruz-Velasquez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HHB/JJO<br>AUTHORIZED AUSA /s/Heather Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 28, 2019 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54