```
              FILED       LODGED
              RECEIVED    COPY

              JUL  9 2019

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America | Case Number: CR-19-01543-001-TUC-RCC (LAB) |
|---|---|
| v. | **CONSENT OF DEFENDANT** |
| Silvio Bertilio Cruz-Velasquez | **AND ORDER OF REFERRAL** |

## ORDER OF REFERRAL

Defendant Silvio Bertilio Cruz-Velasquez having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Leslie A. Bowman to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:
(B) whether the plea of guilty should be accepted by the District Court.

SO ORDERED:

_____
Honorable Raner C. Collins
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

*Cruz Velasquez*
Defendant

*Raul Ull C.*
Counsel for Defendant — RAUL A. MIRANDA

_____
Assistant U.S. Attorney

Dated this 9th day of July, 2019.