MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br>    vs.<br><br>Silvio Bertilio Cruz-Velasquez,<br><br>                     Defendant. | CR 19-01543-TUC-RCC (LAB)<br><br>SENTENCING MEMORANDUM |

Plaintiff, United States of America, by its attorneys, MICHAEL BAILEY, United States Attorney, and RYAN J. ELLERSICK, Assistant United States Attorney, hereby submits the following sentencing memorandum in connection with the Presentence Investigation Report ("PSR"), which was issued in reference to Silvio Bertilio Cruz-Velasquez.

The United States has no objection to the guideline calculations in the PSR and agrees with the Probation Office that a sentence of 18 months of imprisonment is an appropriate disposition of the case. The PSR outlines a lengthy history of arrests and criminal convictions, which indicate the defendant lacks any respect for the laws of the United States and poses a risk of harm to the community. A sentence of 18 months is therefore warranted in order to promote deterrence and respect for the law, and to protect the community from the defendant's criminal activity.

The United States also recommends that the Court impose a three-year term of supervised release as an added deterrent to the defendant returning to the country illegally.

1
2   Respectfully submitted this 13th day of September 2019.
3
                                  MICHAEL BAILEY
4                                     United States Attorney
                                  District of Arizona
5
                                  *s/ Ryan J. Ellersick*
6
                                  RYAN J. ELLERSICK
7                                     Assistant U.S. Attorney

8   Copy of the foregoing served electronically or by
    other means this 13th day of September 2019, to:
9   Raul Miranda, Esq.

10

- 2 -